CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
RAMIRO GONZALEZ III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMIRO GONZALEZ III, et al.,<br><br>Defendants. | Case No.: CR. S-10-116 FCD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: April 26, 2010<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant RAMIRO GONZALEZ, Linda Harter, Counsel for Defendant ADRIAN HERNANDEZ, and Michael Hansen, Counsel for Defendant AMBROSE DANIEL STEWART, that the status conference scheduled for April 26, 2010, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on May 24, 2010, at 10:00 a.m. for further status conference. Defense counsel seek additional time to prepare and confer with their respective clients.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     April 22, 2010         /S/     Jill Thomas _____
                                  JILL THOMAS
                                  Attorney for Plaintiff


                                  /S/     Clemente M. Jiménez_____
                                  CLEMENTE M. JIMÉNEZ
                                  Attorney for Ramiro Gonzalez


                                  /S/     Linda Harter_____
                                  LINDA HARTER
                                  Attorney for Adrian Hernandez


                                  /S/     Michael Hansen_____
                                  MICHAEL HANSEN
                                  Attorney for Ambrose Daniel Stewart

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for April 26, 2010, at 10:00 a.m., be vacated and the matter continued to May 24, 2010, at 10:00 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 23rd day of April, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE