1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.438.7721

4  Attorney for Defendant
   AMBROSE STEWART
5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | No. 2:10-CR-0116 FCD
11 |                        Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**
12 |     vs.                           |
13 | AMBROSE STEWART, et al.,          |
14 |                       Defendants. |

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, Jill Thomas, Assistant United States Attorney, attorney for plaintiff,

18 Michael E. Hansen, attorney for defendant Ambrose Stewart, Clemente Jimenez, attorney for

19 defendant Ramiro Gonzalez, III, and Linda Harter, attorney for defendant Adrian Hernandez,

20 that the previously scheduled status conference date of May 24, 2010, be vacated and the

21 matter set for status conference on September 20, 2010, at 10:00 a.m..

22     This continuance is requested to allow counsel to adequately prepare for trial.

23     Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act

24 from the date this stipulation is lodged, through September 20, 2010, should be excluded in

25 / / / / /

26 / / / / /

27 / / / / /

28 / / / / /

1

**Stipulation and Order to Continue Status Conference**

1  computing time within which trial must commence under the Speedy Trial Act, pursuant to
2  Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense
3  counsel to prepare).

4  Dated: May 20, 2010                                      Respectfully submitted,

6                                                           /s/ Michael E. Hansen
                                                            MICHAEL E. HANSEN
7                                                           Attorney for Defendant
                                                            AMBROSE STEWART

8  Dated: May 20, 2010                                      /s/ Clemente M. Jimenez
                                                            CLEMENTE M. JIMENEZ
9                                                           Attorney for Defendant
                                                            RAMIRO GONZALEZ, III

10
   Dated: May 20, 2010                                      /s/ Linda C. Harter
11                                                          LINDA C. HARTER
                                                            Attorney for Defendant
12                                                          ADRIAN HERNANDEZ

13
   Dated: May 20, 2010                                      /s/ Jill M. Thomas
14                                                          JILL M. THOMAS
                                                            Assistant U.S. Attorney
15                                                          Attorney for Plaintiff

16

17                                       ORDER

18       IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.
19  § 3161(H)(8)(B)(iv) and Local Code T4.

20  Dated: May 20, 2010

22                                          _____
                                            FRANK C. DAMRELL, JR.
23                                          UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Status Conference**