MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorney for Defendant
ADRIAN HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ADRIAN HERNANDEZ, et al.,<br><br>        Defendants.<br>_____/ | CR. S-10-0116-FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

    Defendant ADRIAN HERNANDEZ, by and through his counsel of record Michael Stepanian, and Assistant U.S. Attorney Jill Thomas hereby stipulate and agree that the status conference presently set for Monday, September 20, 2010, be continued until November 8, 2010, at 10:00 a.m.

    The reason for the continuance is for continuity and preparation of new counsel.

    Mr. Stepanian has advised all counsel in this case of the requested continuance and none have objected.

    The time period from September 20, 2010 to November 8, 2010 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the

defendant in a speedy trial

Date:   September 15, 2010

/s/ Michael Stepanian
MICHAEL STEPANIAN
Counsel for Defendant
ADRIAN HERNANDEZ
On Behalf Of All Defendants

Date:   September 15, 2010

/s/ Jill Thomas
JILL THOMAS
Assistant United States Attorney

**IT IS SO ORDERED:**

Dated: September 15, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE