MICHAEL STEPANIAN (CSBN 037712)
Attorney at Law
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:   (415) 474-3748

Attorney for Defendant
ADRIAN HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR. S-10-0116-FCD |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| RAMIRO GONZALEZ, III, ADRIAN HERNANDEZ, and AMBROSE DANIEL STEWART | DATE: January 18, 2011 TIME: 10:00 a.m. JUDGE: Hon. Frank C. Damrell, Jr. |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorneys Michael Stepanian, Counsel for Defendant ADRIAN HERNANDEZ Clemente M. Jiménez, Counsel for Defendant RAMIRO GONZALEZ, and David Dratman, Counsel for Defendant AMBROSE DANIEL STEWART, that the status conference scheduled for January 18, 2011 at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on March 28, 2011, at 10:00 a.m. for further status conference. Defense counsel seek additional time to prepare and confer with their respective clients.

1

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through March 28, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

Date: January 10, 2011   /s/ Michael Stepanian
MICHAEL STEPANIAN
Counsel for Defendant
Adrian Hernandez

Date: January 10, 2011   /s/ Clemente Jimenez
CLEMENTE JIMENEZ
Counsel for Defendant
Ramiro Gonzalez

Date: January 10, 2011   /s/ David Dratman
DAVID DRATMAN
Counsel for Defendant
Ambrose Daniel Stewart

Date: January 10, 2011   /s/ Jill Thomas
JILL THOMAS
United States Attorney

## **ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for January 18, 2011, at 10:00 a.m., be vacated and the matter continued to March 28, 2011, at 10:00 a.m. for further status conference. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

Dated: January 11, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2