MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6176
Facsimile:  (415) 474-3748
mstepanian@sbcglobal.net

Attorney for Defendant
ADRIAN HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN HERNANDEZ, et al.,<br><br>Defendants.<br>_____/ | **CR.  S-10-0116 FCD**<br><br>**STIPULATION AND ORDER FOR TEMPORARY RELEASE FROM CUSTODY OF DEFENDANT ADRIAN HERNANDEZ TO PERMIT HIM TO VISIT HIS DYING FATHER**<br>_____ |

IT IS HEREBY STIPULATED AND AGREED by and between Assistant United States Attorney Jill Thomas and Michael Stepanian, counsel for defendant Adrian Hernandez, that the defendant be permitted to leave the Sacramento County Main Jail on January 18, 2011 from the hours of 8 a.m. to 6 p.m. in order to visit his father Vicente Hernandez.

Defense counsel was advised by Mr. Hernandez' family that Vicente Hernandez is dying and has a prognosis of only two months to live. [See **Attachment A**, a letter from his treating doctor].  Counsel has spoken to the Sacramento County Main Jail as well as the United States Marshal's Office and they do not permit any type of contact visit

with inmates and their families regardless of the situation.

Accordingly, Assistant U.S. Attorney Thomas has agreed to Mr. Hernandez' temporary release from the jail for a one day visit with his father as long as he is released to and accompanied by a private investigator. Counsel has hired the services of John Kirkmon, a local investigator who works on cases in federal court in Sacramento, to accompany Adrian Hernandez to his father's home at 2148-62nd Avenue in Sacramento, CA.

Date:   January 13, 2011

                                /s/ MICHAEL STEPANIAN
                                MICHAEL STEPANIAN
                                Counsel for Defendant Adrian Hernandez

Date:   January 13, 2011         /s/ JILL THOMAS
                                JILL THOMAS
                                Assistant United States Attorney

## **ORDER**

IT IS HEREBY ORDERED that based on the stipulation of the parties, ADRIAN HERNANDEZ is to be released from the Sacramento County Main Jail to the custody of John Kirkmon on January 18, 2011 from the hours of 8 a.m. to 6 p.m. in order to visit his father Vicente Hernandez at 2148-62nd Avenue, Sacramento, CA.

Date:   January 13, 2011

                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE